UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABLITY LITIGATION<br><br>TANYA PIKE,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN PHARMACEUTICALS, INC. and JOHNSON & JOHNSON CO.<br><br>    Defendants. | MDL NO. 2750<br>Master Docket No. 3:16-md-2750<br><br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:16-cv-08938 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff, TANYA PIKE, hereby dismisses the above-captioned case without prejudice as to all defendants. Each party is to bear its own costs and attorneys' fees.

Dated: June 14, 2017

Respectfully submitted,

**SO ORDERED.**

Date: June 19, 2017

*/s/  Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

By: /s Christopher A. Seeger
    SEEGER WEISS LLP
    550 Broad Street, Suite 920
    Newark, NJ 07102
    Tel. (973) 639-9100
    Fax (973) 639-9393
    cseeger@seegerweiss.com

    *Attorneys for Plaintiff*